UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JENNIFER D. GOLLIHER, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 1:22-cv-255 |
| v. | ) | |
| | ) | Judge Atchley |
| SUBURBAN MFG, et al., | ) | |
| | ) | Magistrate Judge Lee |
| *Defendants*. | ) | |

**ORDER**

United States Magistrate Judge Susan K. Lee filed a Report and Recommendation ("R&R") [Doc. 9] pursuant to 28 U.S.C. § 636 and the Rules of this Court. Previously, Judge Lee granted Plaintiff's request to proceed *in forma pauperis* but ordered Plaintiff to file an Amended Complaint. [Doc. 7]. Plaintiff filed the Amended Complaint [Doc. 8], and Judge Lee has now issued an R&R screening this action. [Doc. 9]; *see* 28 U.S.C. § 1915(e)(2).

Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the R&R [*Id.*], as well as the record, and agrees with Judge Lee's conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact and conclusions of law as set forth in the R&R [Doc. 9]. Accordingly:

    (1) Plaintiff's Title VII claim against Suburban Manufacturing for hostile work environment based on racial harassment **SHALL PROCEED**;

---

[1] Magistrate Judge Lee advised that the parties had fourteen days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 9 at 10 n.3]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

(2) all remaining claims, including any Title VII claims Plaintiff asserted against the individual defendants McMillon, Amos, and Thomas, and any Title VII discrimination claims are hereby **DISMISSED**;

(3) former named Defendant Customer Driven Staffing is hereby **TERMINATED** and any pending claims against that entity are hereby **DISMISSED**;

(4) The Clerk is **DIRECTED** to issue process for service of the Amended Complaint.

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**